LUTHER HAIRSTON

*v.*

WORKMEN'S COMPENSATION COMMISSIONER

*and* THE NEW RIVER COAL COMPANY

(No. 13848)

Decided May 3, 1977.

*Rodney A. Skeens,* for appellant.

*W. F. Richmond, Jr., Bowers, Hodson, Hunderson & Richmond,* for appellees.

PER CURIAM:

The Workmen's Compensation Appeal Board was plainly wrong in denying claimant an increase in a permanent partial disability award where the evidence before it was medical and clearly preponderated in favor of claimant, three of four physicians finding that claimant had suffered progression in his disability.

*Reversed and remanded.*